**Affirm as Modified in part; Reverse and Render in part; and Reverse and Remand in part; Opinion Filed March 14, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01187-CV

### LINDA DOUGLAS, Appellant
### V.
### TAYLOR SIMS AND DALLAS PERFORMANCE, LLC., Appellees

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-03688-E**

## SUPPLEMENTAL MEMORANDUM OPINION
Before Justices Whitehill, Molberg, and Reichek
Opinion by Justice Molberg

In our opinion dated February 26, 2019, we suggested a remittitur of $4,942.86 of the damages awarded to Dallas Performance, LLC on its breach of contract claim. We stated that if the remittitur was filed by Dallas Performance within fifteen days of the date of the opinion, we would modify the trial court's judgment with respect to the breach of contract damages awarded.

On March 11, 2019, Dallas Performance timely filed its remittitur and asked this Court to modify the trial court's judgment to reflect the requested remittitur. Accordingly, we vacate our judgment, but not our opinion, dated February 26, 2019, and modify the trial court's judgment with respect to the breach of contract damages awarded to Dallas Performance to reflect the remittitur of $4,942.86.

We reverse the trial court's judgment to the extent it awards Dallas Performance $3,200 on its quantum meruit claim and render judgment that Dallas Performance take nothing on its quantum meruit claim. We reverse the trial court's judgment to the extent it (1) orders that Linda Douglas take nothing on her claims for conversion and wrongful detention and (2) awards Dallas Performance $8,750 in attorneys' fees and remand those claims to the trial court for further proceedings consistent with our February 26, 2019 opinion and this supplemental opinion. We modify the trial court's judgment to award Dallas Performance $4,057.14 for damages on its breach of contract claim and, as modified, affirm the trial court's award of breach of contract damages to Dallas Performance. *See* TEX. R. APP. P. 46.3. In all other respects, the trial court's judgment is affirmed.

/Ken Molberg/
KEN MOLBERG
JUSTICE

171187SF.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LINDA DOUGLAS, Appellant

No. 05-17-01187-CV     V.

TAYLOR SIMS AND DALLAS
PERFORMANCE, LLC., Appellees

On Appeal from the County Court at Law
No. 5, Dallas County, Texas,
Trial Court Cause No. CC-16-03688-E.
Opinion delivered by Justice Molberg.
Justices Whitehill and Reichek
participating.

We **VACATE** our judgment dated February 26, 2019. In accordance with this Court's opinion of February 26, 2019, and supplemental opinion of this date, the judgment of the trial court is **AFFIRMED** in part and **REVERSED** in part.

We **REVERSE** that portion of the trial court's judgment awarding appellee Dallas Performance, LLC $3,200 on its quantum meruit claim and **RENDER** judgment that appellee Dallas Performance, LLC take nothing on that claim.

We **REVERSE** that portion of the trial court's judgment ordering that appellant Linda Douglas take nothing on her claims for conversion and wrongful detention against appellee Dallas Performance, LLC and **REMAND** those claims to the trial court for further proceedings consistent with our opinion of February 26, 2019, and supplemental opinion of this date.

We **REVERSE** the trial court's award of attorneys' fees to appellee Dallas Performance, LLC and **REMAND** that claim to the trial court for further proceedings consistent with our opinion of February 26, 2019, and supplemental opinion of this date.

We **MODIFY** the trial court's judgment to award appellee Dallas Performance, LLC breach of contract damages of $4,057.14 and, as modified, **AFFIRM** the trial court's award of breach of contract damages, along with pre- and post-judgment interest, to appellee Dallas Performance LLC.

We **AFFIRM** the trial court's judgment in all other respects, including that appellant Linda Douglas take nothing on her claims against appellee Taylor Sims and on her claims against appellee Dallas Performance, LLC for violations of the Texas Deceptive Trade Practices Act; making, presenting, or using a fraudulent lien; and contracting for or charging usurious interest.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered March 14, 2019